# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

TO:   Mr. James N. Hatten, Clerk
      United States District Court

RE:   09-68384-PWB
      Bankruptcy Case No.

DATE: November 12, 2009

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 1 3 2009

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Valerie Smith
Debtor(s)

Valerie Smith
Appellant

vs

David L. Smith, Jr., Britton Smith McLeod,
and Dorsey Hayden Smith, and Gregory
Hays, Chapter 7 Trustee
Appellee

## SUBMISSION SHEET

Submitted on:

☒   Notice of Appeal filed 10/14/09 - Doc. No. 86

☐   File date of Order being appealed from 10/04/09 - Doc. No. 79
    Appellant - <u>Valerie Smith</u>
    Appellee - <u>David L. Smith, Jr., Britton Smith McLeod, and Dorsey Hayden Smith and Gregory Hays, Chapter 7 Trustee</u>

Contents of Record:

☒   Designated items of   ☒   Appellant(s)  Valerie Smith
    Filing Fee Paid - ☒  Yes

    (1) Volumes of Record

If previous appeal filed list:
    USDC Case Number:
    USDC Judge Assignment:
    Previous case numbers in related appeal cases:

FROM:     M. Regina Thomas, Clerk
          United States Bankruptcy Court

By: _____
          Ann King, Deputy Clerk

BBM

Please return a "received"
stamped copy showing case number
and Judge Assignment

1:09-CV-3175
USDC Number/Judge

472
28:0158