IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 1 1 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

VALERIE SMITH,

    Debtor/Appellant,

v.

DAVID L. SMITH, JR., et al.,

    Appellees.

CIVIL ACTION NO.

1:09-CV-3175-JEC

## ORDER

This case is before the Court on the parties' Joint Motion to Stay Appeal [7]. The parties indicate that there is a possibility that the appellant-debtor will receive a tax refund. If so, there would be enough money in the Estate to pay all creditors and expenses. If not, the parties would have to litigate the issue on appeal, which concerns the question whether the proceeds, or part of the proceeds of a life insurance policy, are exempt. The parties note that the assets of the Estate will be diminished by an appeal that may not be necessary.

The parties present strong reasons to stay this action and their motion is **GRANTED**. The case is **ADMINISTRATIVELY TERMINATED**. Should the tax refund matter become decided, the parties should, within **sixty days** of that event, notify the Court so that the Court can reactivate the case, if that becomes necessary. Prior to that time,

either party may, upon notice, reactive the appeal and case at any time they wish.

SO ORDERED, this __11__ day of February, 2010.

JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE