## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **VALERIE SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION FILE** |
| **v.** | ) **NO. 09-CV-3175-BBM** |
| | ) |
| **DAVID L. SMITH, JR.,** | ) **Bankruptcy Case No. 09-68344-PWB** |
| **BRITTON SMITH McLEON,** | ) |
| **DORSEY HAYDEN SMITH and** | ) |
| **GREGORY HAYS,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DISMISSAL OF APPEAL

Plaintiff Valerie Smith hereby dismisses her appeal.

This 21st day of December, 2010.

The Lang Legal Group, LLC
1800 Century Place, Suite 570
Atlanta, Georgia 30345
Phone: 404-320-0990
Facsimile: 404-320-0908
elang@langlegal.com

Eric C. Lang
Georgia Bar No. 435515

Attorneys for Plaintiff

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1 (D)

Counsel for P certifies that this Brief has been prepared with one of the font and

point selections approved by the Court in L.R. 5.1B.

Eric C. Lang
Georgia Bar No. 435515

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| VALERIE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID L. SMITH, JR.,<br>BRITTON SMITH McLEON,<br>DORSEY HAYDEN SMITH and<br>GREGORY HAYS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION FILE<br>)  NO. 09-CV-3175-BBM<br>)<br>)  Bankruptcy Case No. 09-68344-PWB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned counsel of record certifies that a true and correct copy of the foregoing Dismissal of Appeal was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

Herbert C. Broadfoot II
Ragsdale, Beals, Seigler,
Patterson & Gray, LLP
2400 International Tower –
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1629

This 21st day of December, 2010.

-2-

The Lang Legal Group, LLC
1800 Century Place, Suite 570
Atlanta, Georgia 30345
Phone: 404-320-0990
Facsimile: 404-320-0908
elang@langlegal.com

Eric C. Lang
Georgia Bar No. 435515

Attorneys for Plaintiff

-2-